**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA           )
                          Petitioner  )
                                   )
          V.                       )          M.B.D. No.
                                   )
RICHARD A. GORDON                  )
                                   )          05-MC 10318 RGS
                        Respondent )

## DECLARATION OF REVENUE OFFICER

I, David Malo, declare:

1.      I am a duly commissioned Revenue Officer employed in the Small
Business/Self Employed Division of the Office of the Area Director of the Internal
Revenue Service at 166 Main Street, Brockton, MA 02301. I make this declaration
based on personal knowledge or information provided to me in the course of my
employment.

2.      In my capacity as a Revenue Officer, I am conducting an investigation to
determine the tax liability of Richard A. Gordon for the period(s) ending
December 31, 2002 and December 31, 2003.

3.      In furtherance of the above investigation and in accordance with 26 U.S.C.
§ 7602, I issued on April 21, 2005, an administrative summons to Richard A. Gordon to
give testimony and to produce documents as described in same summons. The
summons is attached to the Petition as Exhibit A.

4.      In accordance with 26 U.S.C. § 7603, on April 21, 2005, I served an
attested copy of the Internal Revenue Service summons described in paragraph 3
above on the respondent Richard A. Gordon, by leaving an attested copy of the
summons at the last and usual place of abode of the person to whom it was directed, as
evident in the certificate of service on the reverse side of the summons.

5.    On May 9, 2005, Richard A. Gordon failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6.    The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7.    All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.    It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Richard A. Gordon for the period(s) ending December 31, 2002 and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 1 '~ _____ day of __ July __ , 200 5

_____

David Malo
Revenue Officer