UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES OF AMERICA,    )
            Petitioner,                       )
                                                    )
v.                                               )        MBD No. 05-MC-10318-RGS
                                                    )
RICHARD A. GORDON,             )
            Respondent.                    )
_____)

**PETITIONER'S MOTION TO CONTINUE**
**SHOW CAUSE HEARING**

NOW COMES, the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves this court to continue the Show Cause Hearing scheduled for November 22, 2005 to a date convenient to this court.

As grounds therefore, Petitioner states that service upon the respondent of the Order to Show Cause Hearing with supporting pleadings has not been successful by the U.S. Marshal's Office, although attempts have been made. By separate motion the United States is seeking special process server to effect service.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Anton P. Giedt
ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U..S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: November 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|       Petitioner,            ) | |
|                                      ) | |
| v.                                  ) | MBD No.   05-MC-10318-RGS |
|                                    ) | |
| RICHARD A. GORDON,               ) | |
|       Respondent.          ) | |

**ORDER TO SHOW CAUSE**

      Upon the Petitioner, the Exhibit(s) attached thereto, including the Declaration of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the District of Massachusetts, it is:

      ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom No. 21, 7th Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the _____ day of _____ 2006, at _____ a.m./p.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on April 21, 2005.

      It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon RICHARD A. GORDON on or before _____, 2005.

      It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

      DATED at Boston, Massachusetts this _____ day of _____, 2005.

                                                                      _____
                                                                      RICHARD G. STEARNS
                                                                      UNITED STATES DISTRICT JUDGE