UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
       Petitioner,        )
                               )
v.        )        MBD No. 05-MC-10318-RGS
                               )
RICHARD A. GORDON,        )
       Respondent.        )

## ORDER TO SHOW CAUSE

Upon the Petitioner, the Exhibit(s) attached thereto, including the Declaration of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the District of Massachusetts, it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom #21, 7th Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the _____ day of _____ 2006, at _____ a.m./p.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on April 21, 2005.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon RICHARD A. GORDON on or before _____, 2005.

It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

DATED at Boston, Massachusetts this _____ day of _____, 2005.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
        Petitioner,    )
             )
v.             )     MBD No. 05-MC-10318-RGS
             )
RICHARD A. GORDON,    )
        Respondent.    )

## ORDER TO SHOW CAUSE

Upon the Petitioner, the Exhibit(s) attached thereto, including the Declaration of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the District of Massachusetts,  it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom #21, 7th Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the _____ day of _____ 2006, at _____ a.m./p.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on April 21, 2005.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon RICHARD A. GORDON on or before _____, 2005.

It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

DATED at Boston, Massachusetts this _____ day of _____, 2005.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
        Petitioner,            )
                        )
v.            )            MBD No. 05-MC-10318-RGS
                        )
RICHARD A. GORDON,            )
        Respondent.            )

## **ORDER TO SHOW CAUSE**

Upon the Petitioner, the Exhibit(s) attached thereto, including the Declaration of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the District of Massachusetts, it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom #21, 7th Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the _____ day of _____ 2006, at _____ a.m./p.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on April 21, 2005.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon RICHARD A. GORDON on or before _____, 2005.

It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.


DATED at Boston, Massachusetts this _____ day of _____, 2005.


_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE