UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner, | )<br>)<br>) |
| v. | )  MBD No. 05-MC-10318-RGS<br>) |
| RICHARD A. GORDON,<br>Respondent. | )<br>)<br>) |

### ORDER TO SHOW CAUSE

Upon the Petitioner, the Exhibit(s) attached thereto, including the Declaration of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the District of Massachusetts, it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom #21, 7th Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the 19th day of April, 2006 at 2:30 P.M., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on April 21, 2005.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon RICHARD A. GORDON on or before April 7, 2006.

It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

DATED at Boston, Massachusetts this 6th day of JANUARY, 2006.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE