UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>RICHARD A. GORDON,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)     MBD No. 05-mc-10318-RGS<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, David Malo, Revenue Officer/Agent of the Internal Revenue Service, do hereby certify that on _January 30_, 2006, I served a copy of the court's notice of Order to Show Cause hearing scheduled for Wednesday, April 19, 2006 @ 2:30 pm, together with copies of the Petition to Enforce Internal Revenue Summons and supporting Exhibit and Affidavit, upon the said, RICHARD A. GORDON, by serving:

_____   IN HAND

__X__   UPON _Robin Froughton_, A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING IN DEFENDANT'S USUAL PLACE OF ABODE / BUSINESS_____

_____   LEAVING AT LAST AND USUAL PLACE OF ABODE (after ___ attempts of personal service)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th

DAY OF _January_, 2006.

_____
David Malo
Revenue Officer / Agent of
Internal Revenue Service