UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                MBD NO. 05-10318-RGS

RICHARD GORDON

## NOTICE OF RE-SCHEDULED HEARING

**STEARNS, DJ.**                **APRIL 7, 2006**

THE ORDER TO SHOW CAUSE HEARING IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR APRIL 19, 2006, IS HEREBY RE-SCHEDULED TO:

**MONDAY, JUNE 5, 2006 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                      RICHARD G. STEARNS
                      UNITED STATES DISTRICT JUDGE

    BY:

                    /s/ Mary H. Johnson
                    Deputy Clerk
                    617-748-9162

Sent to: Anton Giedt, Assistant U. S. Attorney; Mr. Richard Gordon, 50 Bay St., Fairhaven, MA 02179.