UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 05-10318-RGS |
| | ) | |
| RICHARD A. GORDON, | ) | |
| Respondent. | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW PETITION**
**TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on August 25, 2005. This Court had rescheduled a hearing on the Order to Show Cause for the respondent to appear before the Court on June 5, 2006 at 2:30 pm.

-2-

The petitioner now seeks to withdraw its petition because the Internal Revenue Service does not wish to pursue this matter any further, therefore, the hearing scheduled for June 5, 2006 and any further involvement by the Court is not necessary.

                Respectfully submitted,

                MICHAEL J. SULLIVAN,
                United States Attorney

        By: /s/ Anton P. Giedt
            Anton P. Giedt
            Assistant U.S. Attorney
            John Joseph Moakley U.S. Courthouse
            1 Courthouse Way - Suite 9200
            Boston, MA  02210
            (617) 748-3282

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent first class mail, postage prepaid, to those indicated on the NEF as non-registered pro se participants on June 2, 2006.

Richard A. Gordon
50 Bay Street
Fairhaven, MA  02179

        By: /s/Anton P. Giedt
            Assistant U.S. Attorney

Dated: June 2, 2006